Horace J. Allen, Respondent, *v.* George C. Clark, Appellant.

(Argued January 24, 1894; decided February 9, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Louis Hasbrouck* for appellant.

*E. H. Neary* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.